484

433 A.2d 105

Bragg, Appellant v. Colonial Life Insurance Co., etc.

Amann, Appellant v. Colonial Life Insurance Co., etc.

Argued April 16, 1980. Henry E. Rea, Jr., for appellants; John H. Scott, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Orders affirmed.

· 433 A.2d 105

Erdlen v. Sieracki, Appellant.

Petition for Allowance of Appeal Denied July 22, 1981.

Submitted November 14, 1980. Maurice A. Nernberg, Jr., for appellant; Howard S. Auld, Jr., for appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment affirmed.